IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 DEC -2 PM 2: 45

OFFICE OF THE CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
v.                        )   Case No. 4:08CR3148
                          )
MICHAEL J. RAYNO,         )
                          )
            Defendant.    )

### ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing no. 64. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's response to plaintiff's opposition to treatment release restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

DATED this 2nd day of December, 2008.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge