IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CR3148 |
| ) | |
| MICHAEL J. RAYNO, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before this Court on defendant's Motion to Continue the Deadline for Filing any Variance Motion and supporting brief, filing 179. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any Variance Motion with supporting Brief no later than April 20, 2009.

Dated this 17th day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge